AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Connors Drilling, LLC

**ATTORNEY'S FEES**

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Sumin Exploration and Mining, LLC

Case Number: 2:14-cv-01398-RFB-PAL

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff is awarded attorney's fees in the amount of $6,163.50, and costs in the amount of $878.71 against the Defendant, Sumin Exploration and Mining.

May 4, 2016

Date

/s/ Lance S. Wilson

Clerk

P. Smythe

(By) Deputy Clerk